UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEVERNE CLINTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JERSEY CITY POLICE DEPARTMENT,<br>ILIAS VOUTSAS, CHRISTOPHER KOSZYK,<br>MARIA SANCEZ,<br><br>　　　　　Defendants. | Civ. Action No. 07-5686 (KSH)<br><br><br><br>**ORDER** |

**Katharine S. Hayden, U.S.D.J.**

For the reasons articulated in the opinion filed herewith, and good cause appearing,

It is on this 16th day of February, 2010,

**ORDERED** that defendants' motion for summary judgment [D.E. 66] is **denied** as to defendants Ilias Voutsas, Christopher Koszyk, and Maria Sanchez; and it is further

**ORDERED** that defendants' motion for summary judgment is **granted** as to defendant Jersey City Police Department.

　　　　　　　　　　　　　　　　　　　　　/s/Katharine S. Hayden
　　　　　　　　　　　　　　　　　　　　　Katharine S. Hayden, U.S.D.J.